No. 74-6088.   MATTHEWS v. UNITED STATES.   C. A. D. C. Cir.   Certiorari denied.

No. 74-6109.   BRAGG v. MID-AMERICA FEDERAL SAVINGS & LOAN ASSN. ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 74-6112.   NORTON v. VINCENT, CORRECTIONAL SUPERINTENDENT.   C. A. 2d Cir.   Certiorari denied.

No. 74-6114.   MOSS v. WOLFF, WARDEN.   C. A. 8th Cir.   Certiorari denied.

No. 74-6115.   KUHL v. UNITED STATES.   C. A. 7th Cir.   Certiorari denied.

No. 74-6116.   GUNDLACH v. NEBRASKA.   Sup. Ct. Neb. Certiorari denied.

No. 74-6119.   HORTON v. MAGISTRATE OF THE COURT ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 74-6120.   WEINER v. PENNSYLVANIA.   Sup. Ct. Pa.   Certiorari denied.

No. 74-6124.   WOOD v. OKLAHOMA ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 74-6135.   DRAYTON v. WAINWRIGHT, CORRECTIONS DIRECTOR.   C. A. 5th Cir.   Certiorari denied.

No. 74-6138.   RUTHERFORD v. CUPP, PENITENTIARY SUPERINTENDENT.   C. A. 9th Cir.   Certiorari denied.

No. 74-6145.   TAYLOR v. CALIFORNIA.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.